1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LINDA C. HARTER, Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California  95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  UBALDO DELATORRE-FLORES

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        ) NO. CR-S-07-398-FCD
                                    )
12             Plaintiff,           )
                                    ) **STIPULATION AND ORDER**
13     v.                           ) **CONTINUING STATUS CONFERENCE**
                                    ) **AND EXCLUDING TIME**
14 UBALDO DELATORRE-FLORES,         )
                                    ) Date:  December 15, 2008
15             Defendant.           ) Time:  10:00 a.m.
   _____) Judge: Hon. Frank C. Damrell, Jr.
16

17     IT IS HEREBY STIPULATED by and between the parties hereto through

18 their respective counsel, DANIEL MCCONKIE, JR., Assistant United States

19 Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant

20 Federal Defender, attorney for Defendant, that the status conference

21 hearing date of December 15, 2008 be vacated, and the matter be set for

22 status conference on January 12, 2009 at 10:00 a.m.

23     The reason for this continuance is to allow defense counsel

24 additional time to examine possible defenses and to continue

25 investigating the facts of the case.

26     Based upon the foregoing, the parties agree that the time under

27 the Speedy Trial Act should be excluded from the date of signing of

28 this order through and including January 12, 2009 pursuant to 18 U.S.C.

1  §3161 (h)(8)B)(iv)[reasonable time to prepare] and Local Code T4 based

2  upon continuity of counsel and defense preparation.

3  Dated:  December 10, 2008

4                                             Respectfully submitted,

5                                             DANIEL J. BRODERICK
                                              Federal Public Defender

6

7                                             /s/ Linda C. Harter
                                              LINDA C. HARTER
8                                             Chief Assistant Federal Defender
                                              Attorney for Defendant
9                                             UBALDO DELATORRE-FLORES

10

11 Dated:  December 10, 2008               McGREGOR W. SCOTT
                                              United States Attorney
12

13                                            /s/ Linda C. Harter for
                                              DANIEL MCCONKIE, JR.
14                                            Assistant U.S. Attorney
                                              Attorney for Plaintiff
15

16                            **O R D E R**

17 **IT IS SO ORDERED.**  Time is excluded from today's date through and

18 including January 12, 2009 in the interest of justice pursuant to

19 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local

20 Code T4.

21 Dated: December 10, 2008

22

23  _____
    FRANK C. DAMRELL, JR.
    UNITED STATES DISTRICT JUDGE
24

25

26

27

28

Stipulation & Order                          2