```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
UBALDO DELATORRE-FLORES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>UBALDO DELATORRE-FLORES,<br><br>        Defendant. | NO. CR-S-07-398-FCD<br><br>**STIPULATION AND ORDER**<br>**CONTINUING STATUS CONFERENCE**<br>**AND EXCLUDING TIME**<br><br>Date:  January 12, 2009<br>Time:  10:00 a.m.<br>Judge: Hon. Frank C. Damrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DANIEL MCCONKIE, JR., Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of January 12, 2009 be vacated, and the matter be set for status conference on February 23, 2009 at 10:00 a.m.

Counsel for the United States has recently provided a proposed plea agreement to defense counsel and additional time is needed to review and discuss the offer with Mr. Delatorre-Flores.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including February 23, 2009 pursuant to

18 U.S.C. §3161 (h)(8)B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  January 8, 2009

                                              Respectfully submitted,

                                              DANIEL J. BRODERICK
Federal Public Defender

/s/ Linda C. Harter
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
UBALDO DELATORRE-FLORES

Dated:  January 8, 2009          McGREGOR W. SCOTT
                                 United States Attorney

                                 /s/ Linda C. Harter for
                                 DANIEL MCCONKIE, JR.
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.**  Time is excluded from today's date through and including February 23, 2009 in the interest of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: January 8, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE