**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | CR NOs: **2:13-CR-00112-MCE** |
| **UBALDO DELATORRE-FLORES,** | **2:07-CR-00398-MCE** |
| Defendant. | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum ☐ Ad Testificandum

Name of Detainee: UBALDO DELATORRE-FLORES
Detained at: RIO COSUMNES CORRECTIONAL CENTER
Detainee is: a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
charging detainee with: Deported Alien Found in the United States
or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: /s/ Nirav Desai
Printed Name & Phone No: AUSA NIRAV DESAI/916-554-2716
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: June 3, 2014

Honorable Edmund F. Brennan
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Ubaldo Delatorre, Ubaldo De La Torre-Flores | ☒Male ☐Female | |
| Booking or CDC #: | 09686352 | DOB: | 5/16/75 |
| Facility Address: | 12500 Bruceville Road, Elk Grove, CA 95757 | Race: | |
| Facility Phone: | 916-874-1927 | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____
(signature)